# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CHRISTOPHER BOFFOLI, an individual,<br><br>      Plaintiff,<br><br>   v.<br><br>GOOGLE, INC., a California corporation,<br><br>      Defendant | Case No. 14-655<br><br>**NOTICE OF SETTLEMENT** |

Pursuant to Local Rule 11(b), Plaintiff Christopher Boffoli and Defendant Google, Inc. (the "Parties") announce that they have reached a settlement in this matter.

A notice of dismissal of action will follow.

Dated September 8, 2014.

Respectfully Submitted,

**NEWMAN DU WORS LLP**

By: _/s/ Keith Scully_
Keith Scully, WSBA No. 28677
Attorneys for Plaintiff
CHRISTOPHER BOFFOLI

NOTICE OF SETTLEMENT
1

**NEWMAN DU WORS LLP**

1201 Third Avenue, Suite 1600
Seattle, Washington 98101
(206) 274-2800